UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-177 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | APPLICATION FOR WRIT OF |
| ) | CONTINUING GARNISHMENT |
| DANIEL JOSEPH GRUIDL, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| GSCS, INC., ) | |
| ) | |
| Garnishee. ) | |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Daniel Joseph Gruidl, Social Security Number, XXX-XX-7268, with the last known address of XXXXXX, Trophy Club, TX 76262.

The judgment was entered on October 12, 1999, for monetary impositions. The judgment was entered in the amount of $108,876.50, plus costs.

As of May 16, 2007, after applying payments, if any, the balance on this judgment debt was $110,052.25 in principal, plus costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the

SCANNED
JUN 0 4 2007
U.S. DISTRICT COURT ST. PAUL

RHK
Writ Issued 6/4/07 GMO

total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is:  GSCS, Inc.
11494 Luna Road
Farmers Branch, TX 75234

Dated: May 24, 2007

RACHEL K. PAULOSE
United States Attorney

BY:  MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600